IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RYAN JAY STINSON                                                                        PLAINTIFF

v.                                        Case No. 4:18-cv-04155

JONATHAN DYKES, Jailer,
Howard County Jail; and
MICHAEL TRACY, Jailer,
Howard County Detention Center                                                       DEFENDANTS

# ORDER

Before the Court is Plaintiff's failure to keep the Court informed of his address. Plaintiff filed this 42 U.S.C. § 1983 action *pro se* on November 13, 2018. (ECF No. 1). That same day, the Court entered an order granting Plaintiff's *in forma pauperis* application and ordering Plaintiff to file an Amended Complaint by December 4, 2018. (ECF No. 3). On November 26, 2018, that order and other mail sent to Plaintiff at his address of record, Howard County Detention Center, 101 Isaac Perkins Boulevard, Nashville, AR 71852, was returned as undeliverable. (ECF No. 6).

Although *pro se* pleadings are to be liberally construed, a *pro se* litigant is not excused from complying with substantive and procedural law. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). Moreover, the Local Rules state in pertinent part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Local Rule 5.5(c)(2).

As of the date of this Order, more than thirty days have passed since mail sent to Plaintiff at his address of record was returned as undeliverable. Plaintiff has also failed to keep the Court informed of his current address. Therefore, the Court finds that Plaintiff has violated Local Rule 5.5(c)(2). Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge